IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA DAVIS                                                                                       PLAINTIFF

v.                                        Case No. 2:12-CV-02095

HOLIDAY INN CITY CENTER                                                                 DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Opinion and Order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Doc. 17) is GRANTED.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED AND ADJUDGED this 27th day of June, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE